■ In the Matter of Niagara Homemaker Services, Inc., Doing Business as Mercy Home Care of Western New York, Respondent, v Richard F. Daines, M.D., as Commissioner of Health of the State of New York, et al., Appellants. [896 NYS2d 276]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered January 9, 2009 in a proceeding pursuant to CPLR article 78. The judgment, among other things, granted the amended petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Lindley and Gorski, JJ.

■ Ford Motor Credit Company LLC, Appellant, v Mike Ognibene Ford, Inc., Formerly Known as Batavia Ford Lincoln Mercury, Inc., et al., Respondents. [895 NYS2d 923]—Appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered March 6, 2009. The order, insofar as appealed from, denied plaintiff's motion to preclude defendants from introducing evidence at trial in support of their first and second counterclaims and to dismiss those counterclaims.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Peradotto, Lindley and Gorski, JJ.